

# M E M O R A N D U M

To: The Honorable Marcia S. Krieger
United States District Court Judge

From: Probation Department

Date: March 31, 2006

Re: **JENKINS, Charles William**.
Docket No.: 05-cr-00039-MSK
Expiration Date: September 8, 2009

### REQUEST FOR MODIFICATION OF SUPERVISED RELEASE

Attached is a petition requesting a modification of the defendant's supervision to include a special condition requiring community corrections placement for a period of up to 120 days. The defendant and defense counsel LaFonda R. Jones, AFPD, are in agreement with this recommendation.

Respectfully submitted,

Jennifer Nuanes
Senior Probation Officer
(303) 335-2406

APPROVED:_____
Grace Sena
Supervising Probation Officer
(303) 335-2413

PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. Charles William Jenkins                                  Docket Number: 05-cr-00039-MSK

**Petition on Supervised Release**

COMES NOW, Jennifer Nuanes, probation officer of the court, presenting an official report upon the conduct and attitude of Charles William Jenkins who was placed on supervision by the Honorable Bruce S. Jenkins, Senior United States District Judge sitting in the court in the District of Utah, on the 13th day of December, 1999, who fixed the period of supervision at five years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall maintain full-time verifiable employment or participate in full-time educational or vocational training, leading to employment.

2. The defendant shall not associate with any persons under 18 years of age without other adult supervision and without approval by the U.S. Probation Office.

3. The defendant shall not possess or use a computer without further order of the court.

4. The defendant shall participate in a sex offender treatment program as directed by the U.S. Probation Office.

**On January 27, 2005, jurisdiction was transferred to the District of Colorado and assigned the aforementioned docket number.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attached hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER that the defendant's conditions of supervised release be modified to include a special condition requiring the defendant to reside in a community corrections center for a period of up to 120 days with a commencement date to be determined by the probation department, and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 31st day of March, 2006, and ordered filed and made a part of the record in the above case.

s/Marcia S. Krieger
Marcia S. Krieger
United States District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/Jennifer Nuanes

Jennifer Nuanes
Senior Probation Officer

Place: Denver, Colorado

Date: March 29, 2006

PROB 12
(02/05-D/CO)

# ATTACHMENT

The petition is based on the following facts:

On December 13, 1999, in the District of Utah, the defendant was sentenced to twenty-four months imprisonment followed by a five-year term of supervised release following his conviction of Coercion and Enticement, in violation of 18 U.S.C. § 2422(b). On September 9, 2004, the defendant's supervision commenced in the District of Colorado. On January 27, 2005, jurisdiction was transferred to the District of Colorado.

Since October 19, 2004, the defendant has participated in sex offender treatment at RSA, Inc., 1410 Vance Street, Suite 107, Lakewood, Colorado. He has been involved in weekly individual and group counseling sessions, and has been required to submit to periodic polygraph examinations.

On October 19, 2005, the defendant voluntarily consented to a polygraph examination to investigate his sexual conduct since his last polygraph test of July 2005. The defendant failed the examination and, as a result, was placed in a weekly compulsivity group and advised that upon completion, would be moved to Phase III group which will also focus on compulsivity. The defendant was instructed to retake the polygraph in ninety days.

On January 24, 2006, the defendant took another polygraph examination to investigate his behavior since his last polygraph of October 2005. The defendant failed this polygraph examination and, as a result, was instructed to attend a Deceptive Monitoring Polygraph Group for four consecutive weeks as a condition for continuing his eligibility in the RSA Treatment Program.

On March 1, 2006, the defendant took a third polygraph examination to once again investigate his behavior since his last polygraph of January 2006. The results of this examination were inconclusive. On March 14, 2006, a meeting was conducted with the defendant and his primary therapist, Karen Dufner, to discuss the defendant's recent inconclusive polygraph examination and the treatment team's approach to the defendant's noncompliance with his treatment regimen.

During the meeting, the defendant was informed that in order to continue his eligibility in the RSA Treatment Program that he (1) would be placed on probationary status with RSA Treatment Program; (2) must have a meeting with his support team (consisting of family and friends) at RSA to discuss disclosures made on the previous polygraph examination; (3) must participate in the tracking system program; and (4) must retake a polygraph examination by April 15, 2006.

The Probation Department believes that based on the aforementioned information, the defendant has demonstrated that he is need of intensive supervision in a more restrictive and structured environment, which can be accomplished in a community corrections setting. It is, therefore, respectfully recommended that the defendant be placed in an approved community corrections center for a period of up to 120 days, to commence as directed by the probation officer.

The defendant and his attorney, LaFonda R. Jones, AFPD, have signed a waiver of hearing form agreeing to the imposition of the proposed modification.

.